IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| United States of America, *ex rel.* Maurice Shoe, | ) ) ) | Civ. No.: 6:16-cv-01570-DCC |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| North Greenville University, [UNDER SEAL], | ) ) ) | |
| Defendants. | ) ) | |

### THE UNITED STATES' AND RELATOR MAURICE SHOE'S STIPULATION OF DISMISSAL OF DEFENDANT NORTH GREENVILLE UNIVERSITY

Pursuant to Federal Rule of Civil Procedure 41(a) the United States of America ("United States") and Relator Maurice Shoe ("Relator") stipulate to the dismissal with prejudice of certain claims in this Action against Defendant North Greenville University ("NGU").

1. Pursuant to the simultaneously-filed Notice of The United States' Election to Partially Intervene, the United States, Relator, and NGU reached a settlement of the allegations in the Relator's complaint relating to NGU. This Stipulation of Dismissal is made pursuant to the terms of the Settlement Agreement.

2. Relator and NGU have reached an agreement in principle as to attorneys' fees and costs but have not yet memorialized this agreement. Relator and NGU request that the Court retain jurisdiction to adjudicate attorneys' fees should the agreement not be memorialized for any reason.

3. The United States and Relator request that all other allegations against other defendants contained in the Relator's complaint remain under seal through the Court's current seal deadline of February 22, 2019, and through the extended seal deadline of March 29, 2019, should

the Court grant the United States' simultaneously-filed Status Report and Motion to Extend Seal Period.

4. No defendant has served or filed an answer, and no other parties have appeared other than the United States and Relator.

5. A proposed Order is filed with this Joint Stipulation.

           Respectfully submitted,

           JOSEPH H. HUNT
           Assistant Attorney General

           SHERRI A. LYDON
           United States Attorney
           District of South Carolina

By:    s/Stanley D. Ragsdale
       STANLEY D. RAGSDALE (#3197)
       Assistant United States Attorney
       1441 Main Street, Suite 500
       Columbia, South Carolina 29201
       Telephone (803) 929-3056

       MICHAEL D. GRANSTON
       ALLISON CENDALI
       ZACHARY WILLIAMS
       Attorneys, Civil Division
       United States Department of Justice
       P.O. Box 261, Ben Franklin Station
       Washington, DC 20044
       Telephone (202) 532-4311

       *Attorneys for the United States of America*

By:    _____
       [Relator's counsel]

February 4, 2019

By: *[signature: Justin Brooks]*
REUBEN A. GUTTMAN
TRACI L. BUSCHNER
JUSTIN S. BROOKS
Guttman, Buschner & Brooks PLLC
2000 P Street NW, Suite 300
Washington, DC 20036
Telephone (202) 800-3000

*Attorneys for Relator Maurice Shoe*

February 1, 2019