IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| United States of America, *ex rel.* Maurice Shoe,<br><br>      Plaintiff,<br><br>v.<br><br>North Greenville University, [UNDER SEAL]<br><br>      Defendants. | Civ. No.: 6:16-cv-01570-DCC |

## ORDER UPON THE NOTICE OF THE UNITED STATES' ELECTION TO PARTIALLY INTERVENE AND UNSEAL CERTAIN ALLEGATIONS

The United States having reached an intervention decision as to Defendant North Greenville University based upon the settlement among the parties, and having considered the United States' application to unseal allegations pertaining to Defendant North Greenville University, it is hereby;

**ORDERED** that the seal shall be lifted as to: (1) the Notice of the United States' Election to Partially Intervene and Application to Unseal Certain Allegations, ECF No. 36; (2) this Order; and (3) the United States' and Relator Maurice Shoe's Stipulation of Dismissal of Defendant North Greenville University, ECF No. 37, and associated Order of Dismissal.

In order to facilitate this, the Clerk's Office shall: (1) unseal this case so that it will be publicly accessible on the court docket; (2) seal all documents on the docket except for the documents referenced above; and (3) manually replace the names of any remaining party or parties in this case with "UNDER SEAL." Because the case is publicly accessible on the Court's docket, the Government is directed to maintain the seal as to any remaining allegations and parties in any future filings as required by law.

It is **FURTHER ORDERED** that all other documents filed in this Action shall remain under seal until further Order of this Court.

**IT IS SO ORDERED**.

                                                      s/Donald C. Coggins, Jr.
                                                      The Honorable Donald C. Coggins, Jr.
                                                      United States District Court Judge

February 6, 2019
Spartanburg, South Carolina