# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| United States of America, *ex rel.* Maurice Shoe, <br><br> Plaintiff, <br><br> v. <br><br> North Greenville University, <br> Oral Roberts University, <br> [UNDER SEAL] <br><br> Defendants. | Civ. No.: 6:16-cv-01570-DCC <br><br> **ORDER OF DISMISSAL** |

Upon consideration of the United States' and Relator Maurice Shoe's Stipulation of Dismissal of Defendant Oral Roberts University based on the settlement among the parties, and for good cause shown, it is hereby;

**ORDERED** that the claims in Relator Maurice Shoe's complaint which pertain to Defendant Oral Roberts University are dismissed with prejudice consistent with the terms set forth in the parties' settlement agreement, which was filed with the Court along with the Notice of the United States' Election to Partially Intervene.

It is **FURTHER ORDERED** that other allegations set forth in the Relator's *qui tam* complaint shall remain under seal until further Order of this Court, consistent with the Court's May 29, 2019 Order Upon the Notice of the United States' Election to Partially Intervene and Unseal Certain Allegations.

**IT IS SO ORDERED**.

s/Donald C. Coggins, Jr.
The Honorable Donald C. Coggins, Jr.
United States District Court Judge

May 29, 2019
Spartanburg, South Carolina