IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| United States of America, *ex rel.* Maurice Shoe, | ) ) ) | Civ. No.: 6:16-cv-01570-DCC |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| North Greenville University, Oral Roberts University, [UNDER SEAL] | ) ) ) ) | |
| Defendants. | ) | |

## <u>ORDER UPON THE NOTICE OF THE UNITED STATES' ELECTION TO PARTIALLY INTERVENE AND UNSEAL CERTAIN ALLEGATIONS</u>

The United States having reached an intervention decision as to Defendant Oral Roberts University based upon the settlement among the parties, and having considered the United States' application to unseal allegations pertaining to Defendant Oral Roberts University, it is hereby;

**ORDERED** that the seal shall be further lifted as to: (1) the Notice of the United States' Election to Partially Intervene and Application to Unseal Certain Allegations, ECF No. 47; (2) this Order; and (3) the United States' and Relator Maurice Shoe's Stipulation of Dismissal of Defendant Oral Roberts University, ECF No. 48, and associated Order of Dismissal.

It is **FURTHER ORDERED** that all other documents filed in this Action shall remain under seal until further Order of this Court. The Clerk's Office is directed to add Defendant Oral Roberts University's name to the docket as a Defendant. The Clerk's Office shall maintain the seal on all other documents on the docket, consistent with this Order and the Court's February 6, 2019 Order Upon the Notice of the United States' Election to Partially Intervene and Unseal Certain Allegations, ECF No. 41, as well as the names of any remaining parties in this case.

Because the case is publicly accessible on the Court's docket, the Government is directed to maintain the seal as to any remaining allegations and parties in any future filings as required by law.

**IT IS SO ORDERED**.

s/Donald C. Coggins, Jr.
The Honorable Donald C. Coggins, Jr.
United States District Court Judge

May 29, 2019
Spartanburg, South Carolina